UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 MAY 10 PM 3:08
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 07-52090
)
HINKLE, DANIEL & KIMBERLY ) CHAPTER 7
)
Debtor(s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #1 | DHL Express, Inc.<br>Legal Department<br>PO Box 670227<br>Houston, OH 77267-0227 | $8,981.20 | $29.38 |

Ck # 10114
receipt # 81460

2. My Trustee's check for $29.38 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 7, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy